# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | C/A No.: 7:15-cv-00977-MGL |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| Maria K. Brown, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court upon the Plaintiff's Request for Entry of Default and Motion for Default Judgment. After careful review of the pleadings, motion, return of service and all exhibits attached thereto, the Court finds that Defendant failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

In addition, Plaintiff submitted a Certificate of Indebtedness and Affidavit of Counsel demonstrating that the amount requested in the complaint is a sum certain. One hundred thirty-four days have passed since February 24, 2015. Using the $23.13 per diem rate of interest, as of July 9, 2015, Defendant is indebted to the Plaintiff in the amount of $227,797.06 plus costs of $241.09, for a total of $228,038.15. Therefore, no further action is necessary to enter a Judgment.

Therefore, it is ordered, pursuant to Fed. R. Civ. P. 55 (b)(1) and (b)(2) that the Plaintiff is granted a Judgment against Defendant for $228,038.15. Further, pursuant to 28 USC §1961, interest on the Judgment at the legal rate shall continue to accrue until the Judgment is paid in full.

AND IT IS SO ORDERED.

1

2

                    <u>s/Mary G. Lewis</u>

                    MARY G. LEWIS
                    UNITED STATES DISTRICT COURT JUDGE
                    FOR THE DISTRICT OF SOUTH CAROLINA

Spartanburg, South Carolina

July 9, 2015