# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  7:15-cv-00977-MGL |
| Maria K. Brown,, ) | |
| *Defendant* ) | |

**AMENDED JUDGMENT IN CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff United States of America, recover from the defendant Maria K. Brown, the amount of Two hundred, twenty-seven thousand, seven hundred and ninety-seven dollars and 06/100 ($227,797.06), along with costs $241.09 for a total of Two hundred, twenty-eight thousand, thirty-eight dollars and 15/100 ($228,038.15), with post judgment interest at the rate of .25%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis.

Date: August 6, 2015        *ROBIN L. BLUME, CLERK OF COURT*

                                          s/Ashley Buckingham
                                  *Signature of Clerk or Deputy Clerk*